No. 91–676. GUMBY ET AL. *v.* GENERAL PUBLIC UTILITIES CORP. ET AL. C. A. 3d Cir. Certiorari denied.

No. 91–691. THULEN *v.* BAUSMAN, SHERIFF, CARROLL COUNTY, ILLINOIS; and

No. 91–1045. UPTON *v.* THOMPSON, SHERIFF OF KANKAKEE COUNTY. C. A. 7th Cir. Certiorari denied. Reported below: 930 F. 2d 1209.

No. 91–761. PENN CENTRAL CORP. *v.* UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied.

No. 91–843. LITTLE FOREST MEDICAL CENTER OF AKRON *v.* OHIO CIVIL RIGHTS COMMISSION. Sup. Ct. Ohio. Certiorari denied.

No. 91–915. ISCA ENTERPRISES ET AL. *v.* CITY OF NEW YORK ET AL. Ct. App. N. Y. Certiorari denied.

No. 91–918. KALAN INC. *v.* UNITED STATES; and HOSPITAL CORPORATION OF AMERICA *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied. Reported below: 944 F. 2d 847 (first case); 945 F. 2d 417 (second case).

No. 91–986. SHERMAN *v.* UNITED STATES ET AL. C. A. 11th Cir. Certiorari denied.

No. 91–1019. CLEMONS ET AL. *v.* FEDERAL DEPOSIT INSURANCE CORPORATION. C. A. 6th Cir. Certiorari denied.

No. 91–1052. GOODWIN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 91–1081. WIRSING *v.* BOARD OF REGENTS OF UNIVERSITY OF COLORADO ET AL. C. A. 10th Cir. Certiorari denied.

No. 91–1082. FOSTER *v.* RUTGERS, THE STATE UNIVERSITY, ET AL. C. A. 3d Cir. Certiorari denied.

No. 91–1100. FUNNELL *v.* MARTIN. Ct. App. Okla. Certiorari denied.